

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street*
*White Plains, New York 10606*

March 10, 2023

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Gilberto Contreras-Bonilla*, 23 Mag. 1934

Dear Judge Krause,

    In light of the arrest of defendant Gilberto Contreras-Bonilla in the above-referenced matter, the Government respectfully requests that the complaint be unsealed. Counsel for the defendant consents to the unsealing.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: */s/ Kingdar Prussien*
        Kingdar Prussien
        Assistant United States Attorney
        (914) 993-1927

cc: Richard D. Willstatter, Esq.

SO ORDERED.    3/10/2023

_____
ANDREW E. KRAUSE
United States Magistrate Judge